# EXHIBIT B

US00D655100S

(12) United States Design Patent  (10) Patent No.: **US D655,100 S**
Yeung Ka Fei  (45) Date of Patent: ** **Mar. 6, 2012**

| | | | |
|---|---|---|---|
| (54) | **SEATING FURNITURE** | | |
| (75) | Inventor: | **Michael Yeung Ka Fei**, Central (HK) | |
| (73) | Assignee: | **Halo Trademarks Limited**, Central (HK) | |
| (**) | Term: | **14 Years** | |
| (21) | Appl. No.: | **29/387,772** | |
| (22) | Filed: | **Mar. 17, 2011** | |
| (51) | **LOC (9) Cl.** | ................................................... **06-01** | |
| (52) | **U.S. Cl.** | ..................................................... **D6/371** | |
| (58) | **Field of Classification Search** ........... D6/334–336, D6/371, 372, 373, 374, 375, 381, 500–502; 5/12.1, 12.2; 297/63, 94, 232, 233, 283.1, 297/283.2, 445.1, 446.1, 448.1, 448.2 See application file for complete search history. | | |
| (56) | **References Cited** | | |

U.S. PATENT DOCUMENTS

D101,273 S * 9/1936 Ferguson ....................... D6/370

(Continued)

*Primary Examiner* — Mimosa De
(74) *Attorney, Agent, or Firm* — Nixon Peabody LLP; Jeffrey L. Costellia

(57) **CLAIM**

The ornamental design for seating furniture, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of seating furniture of the invention;
FIG. **2** is a front view of seating furniture of the invention;
FIG. **3** is a back view of seating furniture of the invention;
FIG. **4** is a left view of seating furniture of the invention;
FIG. **5** is a right view of seating furniture of the invention;
FIG. **6** is a top plan view of seating furniture of the invention;
FIG. **7** is a bottom plan view of seating furniture of the invention;
FIG. **8** is another front perspective view of seating furniture of the invention;
FIG. **9** is a right perspective view of seating furniture of the invention; and,
FIG. **10** is a back perspective view of seating furniture of the invention.

**1 Claim, 6 Drawing Sheets**



## US D655,100 S

Page 2

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,747,134 | A | * | 7/1973 | Montiague ........................ 5/12.1 |
| D234,731 | S | * | 4/1975 | McDonald ..................... D6/371 |
| D239,424 | S | * | 4/1976 | Offredi .......................... D6/381 |
| D241,095 | S | * | 8/1976 | Friedman ....................... D6/373 |
| D250,233 | S | * | 11/1978 | Opper ............................ D6/371 |
| D267,056 | S | * | 11/1982 | Lopez-Benitez .............. D6/373 |
| D283,275 | S | * | 4/1986 | Culler ............................ D6/371 |
| D373,256 | S | * | 9/1996 | Lewis ............................ D6/381 |
| D617,112 | S | * | 6/2010 | Tsai ............................... D6/381 |

\* cited by examiner

FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



# FIG. 9



FIG. 10

