# **EXHIBIT D**





### FA1093BR
**Wilson Coupe Vintage Leather Brown**

| Specifications | | Container | |
|---|---|---|---|
| Dimension: | W25* D22* H35 | Origin: | China |
| Pack: | 1 | CBM: | 0.45 |
| Weight: | 39 lbs | 20 FT Container: | 74 |
| Assembly required: | No | 40 FT Container: | 149 |
| | | 40 HC Container: | 160 |

CBM's are aproximate / Loads can vary +/- 10%





### FA1100BR
**Vintage Leather Chair**

| Specifications | | Container | |
|---|---|---|---|
| Dimension: | W29* D37* H31 | Origin: | China |
| Weight: | lbs | CBM: | 0.6 |
| Pack: | 1 | 20 FT Container: | 47 |
| Assembly: | No | 40 FT Container: | 103 |
| | | 40 HC Container: | 110 |

CBM's are aproximate / Loads can vary +/- 10%








### SO1168BR3
Eaton 3 Seater brown

| Specifications | | Container | |
|---|---|---|---|
| Dimension: | W96* D41* H30 | Origin: | China |
| Pack: | 1 | CBM: | 2.12 |
| Weight: | 206 lbs | 20 FT Container: | 15 |
| Assembly required: | No | 40 FT Container: | 30 |
| | | 40 HC Container: | 33 |

CBM's are aproximate / Loads can vary +/- 10%






### SO1168BR1
Eaton 1 Seater brown

| Specifications | | Container | |
|---|---|---|---|
| Dimension: | W50* D41* H30 | Origin: | China |
| Pack: | 1 | CBM: | 1.3 |
| Weight: | 108 lbs | 20 FT Container: | 22 |
| Assembly required: | No | 40 FT Container: | 46 |
| | | 40 HC Container: | 51 |

CBM's are aproximate / Loads can vary +/- 10%








### SO1168BL3
Eaton 3 Seater black

| Specifications | | Container | |
|---|---|---|---|
| Dimension: | W96* D40* H30 | Origin: | China |
| Pack: | 1 | CBM: | 2.12 |
| Weight: | 206 lbs | 20 FT Container: | 15 |
| Assembly required: | No | 40 FT Container: | 30 |
| | | 40 HC Container: | 33 |

CBM's are aproximate / Loads can vary +/- 10%






### SO1168BL1
Eaton 1 seater black

| Specifications | | Container | |
|---|---|---|---|
| Dimension: | W50* D41* H30 | Origin: | China |
| Pack: | 1 | CBM: | 1.3 |
| Weight: | 108 lbs | 20 FT Container: | 22 |
| Assembly required: | No | 40 FT Container: | 46 |
| | | 40 HC Container: | 51 |

CBM's are aproximate / Loads can vary +/- 10%



**BR1044**
Aero Desk

**Specifications**
Dimension: W78*D33*H30
Pack: 1
Weight: 180 lbs
Assembly required: No

**Container**
Origin: India
CBM: 1.47
20 FT Container: 21
40 FT Container: 42
40 HC Container: 46

CBM's are aproximate / Loads can vary +/- 10%


TOP VIEW








FRONT VIEW


SIDE VIEW

### FA1088BR
Pacific Coupe Chair

| Specifications | | Container | |
|---|---|---|---|
| Dimension: | W29* D33* H27 | Origin: | China |
| Pack: | 1 | CBM: | 0.45 |
| Weight: | 53 lbs | 20 FT Container: | 64 |
| Assembly required: | No | 40 FT Container: | 128 |
| | | 40 HC Container: | 138 |

CBM's are aproximate / Loads can vary +/- 10%


TOP VIEW






FRONT VIEW


SIDE VIEW

### FA1088BL
Pacific Coupe Chair

| Specifications | | Container | |
|---|---|---|---|
| Dimension: | W29* D33* H27 | Origin: | China |
| Pack: | 1 | CBM: | 0.45 |
| Weight: | 53 lbs | 20 FT Container: | 64 |
| Assembly required: | No | 40 FT Container: | 128 |
| | | 40 HC Container: | 138 |

CBM's are aproximate / Loads can vary +/- 10%






### TN1169
Aero SideTable with Drawers

| Specifications | | Container | |
|---|---|---|---|
| Dimension: | W24*D24*H24 | Origin: | India |
| Pack: | 1 | CBM: | 0.29 |
| Weight: | 100 lbs | 20 FT Container: | 115 |
| Assembly required: | No | 40 FT Container: | 230 |
| | | 40 HC Container: | 237 |

CBM's are aproximate / Loads can vary +/- 10%



### TC1217
Aero Coffee Table

| Specifications | | Container | |
|---|---|---|---|
| Dimension: | W48*D28*H18 | Origin: | India |
| Pack: | 1 | CBM: | 0.49 |
| Weight: | 140 lbs | 20 FT Container: | 65 |
| Assembly required: | No | 40 FT Container: | 130 |
| | | 40 HC Container: | 140 |

CBM's are aproximate / Loads can vary +/- 10%







### MT1121
Aero Chest

| Specifications | |
|---|---|
| Dimension: | W47*D20*H40 |
| Pack: | 1 |
| Weight: | 140 lbs |
| Assembly required: | No |

| Container | |
|---|---|
| Origin: | India |
| CBM: | 0.83 |
| 20 FT Container: | 44 |
| 40 FT Container: | 88 |
| 40 HC Container: | 93 |

CBM's are aproximate / Loads can vary +/- 10%








### BI1174
Aero Bookcase

| Specifications | |
|---|---|
| Dimension: | W47*D20*H77 |
| Pack: | 1 |
| Weight: | 320 lbs |
| Assembly required: | No |

| Container | |
|---|---|
| Origin: | India |
| CBM: | 1.4 |
| 20 FT Container: | 21 |
| 40 FT Container: | 42 |
| 40 HC Container: | 46 |

CBM's are aproximate / Loads can vary +/- 10%







### CO1121
Vintage oil wax pull leather trunk 3 drawer

| Specifications | | Container | |
|---|---|---|---|
| Dimension: | W21* D18* H21 | Origin: | India |
| Pack: | 1 | CBM: | 0.18 |
| Weight: | 71 lbs | 20 FT Container: | 178 |
| Assembly required: | No | 40 FT Container: | 356 |
| | | 40 HC Container: | 367 |

CBM's are aproximate / Loads can vary +/- 10%








### CO1134
Vintage Oil Pull Leather 3 Drawer Trunk

| Specifications | | Container | |
|---|---|---|---|
| Dimension: | W40* D21* H41 | Origin: | India |
| Pack: | 1 | CBM: | 0.71 |
| Weight: | 175 lbs | 20 FT Container: | 45 |
| Assembly required: | No | 40 FT Container: | 90 |
| | | 40 HC Container: | 93 |

CBM's are aproximate / Loads can vary +/- 10%







### CO1131
Metal Finish Trunk with 3 Drawers

| Specifications | | Container | |
|---|---|---|---|
| Dimension: | W40* D21* H41 | Origin: | India |
| Pack: | 1 | CBM: | 0.71 |
| Weight: | 175 lbs | 20 FT Container: | 45 |
| Assembly required: | No | 40 FT Container: | 90 |
| | | 40 HC Container: | 93 |

CBM's are aproximate / Loads can vary +/- 10%







### CO1132
Metal Trunk Cube 3 drawer

| Specifications | | Container | |
|---|---|---|---|
| Dimension: | W21* D18* H21 | Origin: | India |
| Pack: | 1 | CBM: | 0.18 |
| Weight: | 71 lbs | 20 FT Container: | 178 |
| Assembly required: | No | 40 FT Container: | 356 |
| | | 40 HC Container: | 367 |

CBM's are aproximate / Loads can vary +/- 10%





### LA1280L

**1920S Oden Glass Fringe 5-Ring Chandelier Iron**

| Spécifications | | Container | |
|---|---|---|---|
| Dimension: | W31*D31H26 | Origin: | China |
| Pack: | 1 | CBM: | 0.27 |
| Weight: | 50 lbs | 20 FT Container: | 140 |
| Assembly Required: | Yes | 40 FT Container: | 300 |
| | | 40 HC Container: | 330 |

CBM's are aproximate / Loads can vary +/- 10%







### LA1280S

**1920's Odeon Glass Fringe 3-Ring CHandelier Iron**

| Spécifications | | Container | |
|---|---|---|---|
| Dimension: | W19*D19*H21 | Origin: | China |
| Pack: | 1 | CBM: | 0.07 |
| Weight: | 36.8 lbs | 20 FT Container: | 400 |
| Assembly Required: | Yes | 40 FT Container: | 857 |
| | | 40 HC Container: | 943 |

CBM's are aproximate / Loads can vary +/- 10%





**LA1286**

Spencer Floor Lamp

| Spécifications | | Container | |
|---|---|---|---|
| Dimension: | W19*D19*H67 | Origin: | China |
| Pack: | 1 | CBM: | 0.49 |
| Weight: | 39 lbs | 20 FT Container: | 61 |
| Assembly Required: | Yes | 40 FT Container: | 130 |
| | | 40 HC Container: | 143 |

CBM's are aproximate / Loads can vary +/- 10%




**LA1283**

1920s Odeon Glass Fringe Floor Lamp

| Spécifications | | Container | |
|---|---|---|---|
| Dimension: | W19*D19*H63 | Origin: | China |
| Pack: | 1 | CBM: | 0.06 |
| Weight: | 39 lbs | 20 FT Container: | 61 |
| Assembly Required: | Yes | 40 FT Container: | 130 |
| | | 40 HC Container: | 143 |

CBM's are aproximate / Loads can vary +/- 10%




### LA1263ZICH

Antique Finish Table Lamp Curved tubes/Crystal/chrom finish

| Spécifications | | Container | |
|---|---|---|---|
| Dimension: | W20*D22H33 | Origin: | China |
| Pack: | 1 | CBM: | 0.34 |
| Weight: | 31 lbs | 20 FT Container: | 97 |
| Assembly required: | Yes | 40 FT Container: | 176 |
| | | 40 HC Container: | 194 |

CBM's are aproximate / Loads can vary +/- 10%




### LA1282

1920s Odeon Glass Fringe Table Lamp

| Spécifications | | Container | |
|---|---|---|---|
| Dimension: | W14*D14*H26 | Origin: | China |
| Pack: | 1 | CBM: | |
| Weight: | lbs | 20 FT Container: | 280 |
| Assembly required: | Yes | 40 FT Container: | 600 |
| | | 40 HC Container: | 660 |

CBM's are aproximate / Loads can vary +/- 10%





### LA1284L
**Spencer Chandelier Medium**

| Spécifications | | Container | |
|---|---|---|---|
| Dimension: | W27*D27*H21 | Origin: | China |
| Pack: | 1 | CBM: | 0.21 |
| Weight: | 50 lbs | 20 FT Container: | 133 |
| Assembly Required: | Yes | 40 FT Container: | 286 |
| | | 40 HC Container: | 314 |

CBM's are aproximate / Loads can vary +/- 10%





### LA1284S
**Spencer Chandelier Small**

| Spécifications | | Container | |
|---|---|---|---|
| Dimension: | W19*D19*H13 | Origin: | China |
| Pack: | 1 | CBM: | 0.10 |
| Weight: | 43.4lbs | 20 FT Container: | 350 |
| Assembly Required: | Yes | 40 FT Container: | 750 |
| | | 40 HC Container: | 825 |
| | | | 943 |

CBM's are aproximate / Loads can vary +/- 10%





### LA1288
#### Vaille Crystal Table Lamp

| Spécifications | | Container | |
|---|---|---|---|
| Dimension: | W20*D20*H31 | Origin: | China |
| Pack: | 1 | CBM: | 0.26 |
| Weight: | 23.6 lbs | 20 FT Container: | 215 |
| Assembly Required: | Yes | 40 FT Container: | 462 |
| | | 40 HC Container: | 508 |

CBM's are aproximate / Loads can vary +/- 10%





### LA1285
#### Spencer Table Lamp

| Spécifications | | Container | |
|---|---|---|---|
| Dimension: | W15*D15*H30 | Origin: | China |
| Pack: | 1 | CBM: | 0.26 |
| Weight: | 23.6 lbs | 20 FT Container: | 200 |
| Assembly Required: | Yes | 40 FT Container: | 429 |
| | | 40 HC Container: | 471 |

CBM's are aproximate / Loads can vary +/- 10%





### LA1268LZIRB

Large Orb Chandelier/Crystal/Rusted finish (39.5L adj.chain)
43.5 diam, 45 H

| Spécifications | | Container | |
|---|---|---|---|
| Dimension: | Diam. 43.5* H45 | Origin: | China |
| Pack: | 1 | CBM: | 0.96 |
| Weight: | 35 lbs | 20 FT Container: | 31 |
| Assembly Required: | Yes | 40 FT Container: | 63 |
| | | 40 HC Container: | 65 |

CBM's are aproximate / Loads can vary +/- 10%






### LA1268LZICH

Large Orb Chandelier/Crystal/chrome finish (39.5L adj.chain)

| Spécifications | | Container | |
|---|---|---|---|
| Dimension: | W43.5*D43.5H45 | Origin: | China |
| Pack: | 1 | CBM: | 0.96 |
| Weight: | 35 lbs | 20 FT Container: | 34 |
| Assembly required: | Yes | 40 FT Container: | 63 |
| | | 40 HC Container: | 69 |

CBM's are aproximate / Loads can vary +/- 10%

Lighting Collection    229





### LA1257SZIRB
**Vinatge Small Bird Cage Chandelier**

| Spécifications | | Container | |
|---|---|---|---|
| Dimension: | 21x21  H35 | Origin: | China |
| Pack: | 1 | CBM: | 0.46 |
| Weight: | 41 lbs | 20 FT Container: | 100 |
| Assembly Required: | Yes | 40 FT Container: | 200 |
| | | 40 HC Container: | 206 |

CBM's are aproximate / Loads can vary +/- 10%




### LA1268MZIRB
**Medium Orb Chandelier/Crystal/Rusted finish**

| Spécifications | | Container | |
|---|---|---|---|
| Dimension: | Diam. 35* H35 | Origin: | China |
| Pack: | 1 | CBM: | 0.44 |
| Weight: | 40 lbs | 20 FT Container: | 73 |
| Assembly Required: | Yes | 40 FT Container: | 145 |
| | | 40 HC Container: | 157 |

CBM's are aproximate / Loads can vary +/- 10%




### LA1268SZIRB
Small Orb Chandelier/Crystal/Rusted finish

| Spécifications | | Container | |
|---|---|---|---|
| Dimension: | Diam.21* H22 | Origin: | China |
| Pack: | 1 | CBM: | 0.2 |
| Weight: | 22 lbs | 20 FT Container: | 178 |
| Assembly Required: | Yes | 40 FT Container: | 356 |
| | | 40 HC Container: | 367 |

CBM's are aproximate / Loads can vary +/- 10%





### LA1268SZICH
Small Orb Chandelier/Crystal/chrome finish (39.5L adj.chain)

| Spécifications | | Container | |
|---|---|---|---|
| Dimension: | Diam 21 H22 | Origin: | China |
| Pack: | 1 | CBM: | 0.2 |
| Weight: | 22 lbs | 20 FT Container: | 165 |
| Assembly required: | Yes | 40 FT Container: | 300 |
| | | 40 HC Container: | 330 |

CBM's are aproximate / Loads can vary +/- 10%




### LA1258ZIXC
Antique Fish Floor Lamp with Curve Tubes

| Spécifications | | Container | |
|---|---|---|---|
| Dimension: | D24*H71 | Origin: | China |
| Pack: | 1 | CBM: | 0.8 |
| Weight: | 50 lbs | 20 FT Container: | 167 |
| Assembly required: | Yes | 40 FT Container: | 122 |
| | | 40 HC Container: | 135 |

CBM's are aproximate / Loads can vary +/- 10%




### LA1258ZICH
Antique Finish Floor Lamp  Curved tubings/Iron/Crystals/chrome finish

| Spécifications | | Container | |
|---|---|---|---|
| Dimension: | W24*D24*H71 | Origin: | China |
| Pack: | 1 | CBM: | 0.8 |
| Weight: | 50 lbs | 20 FT Container: | 67 |
| Assembly Required: | Yes | 40 FT Container: | 122 |
| | | 40 HC Container: | 135 |

CBM's are aproximate / Loads can vary +/- 10%







### LA1264ZICH
Antique Finish Table Lamp Crystal/Chrome Finish

| Spécifications | | Container | |
|---|---|---|---|
| Dimension: | W20*D20H33 | Origin: | China |
| Pack: | 1 | CBM: | 0.3 |
| Weight: | 27 lbs | 20 FT Container: | 157 |
| Assembly required: | Yes | 40 FT Container: | 286 |
| | | 40 HC Container: | 314 |

CBM's are aproximate / Loads can vary +/- 10%







### LA1263ZIRB
Antique Finish Table Lamp with Curved Tubes/Rustic

| Spécifications | | Container | |
|---|---|---|---|
| Dimension: | W20 *D22* H33 | Origin: | China |
| Pack: | 1 | CBM: | 0.34 |
| Weight: | 31 lbs | 20 FT Container: | 97 |
| Assembly required: | Yes | 40 FT Container: | 176 |
| | | 40 HC Container: | 194 |

CBM's are aproximate / Loads can vary +/- 10%