# Exhibit E

**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| HALO's '526 Design Patent | CDI's Vintage Leather Chair |
|---|---|



FIG. 3

1

**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| HALO's '526 Design Patent | CDI's Vintage Leather Chair |
|---|---|



FIG. 4

**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| HALO's '526 Design Patent | CDI's Vintage Leather Chair |
|---|---|



FIG. 6

**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| HALO's Aviator Tom Cat Chair 36 x 27 x 27 | CDI's Vintage Leather Chair 37 x 31 x 29 |
|---|---|



**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| **HALO'S Aviator Tom Cat Chair side view** | **CDI'S Vintage Leather Chair side view** |
|---|---|
|  |  |

**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| HALO'S Aviator Tom Cat Chair rear view | CDI'S Vintage Leather Chair rear view |
|---|---|



**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| HALO's '100 Design Patent | CDI's Eaton 3 Seater |
|---|---|
|  | |

**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| HALO's Scruffy 3 Seater<br>96 x 41 x 30 | CDI's Eaton 3 Seater<br>96 x 41 x 30 |
|---|---|
|  | |

**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| HALO's '100 Design Patent | CDI's Eaton 1 Seater |
|---|---|
|  | |

**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| HALO's Scruffy 1 Seater<br>58 x 41 x 30 | CDI's Eaton 1 Seater<br>52x 41 x 30 |
|---|---|
|  |  |

**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| HALO's Aviator Valkyrie Desk 77 x 40 x 30 | CDI's Aero Desk 78 x 33 x 30 |
|---|---|



**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| HALO's Mars Chair<br>33 x 29 x 27 | CDI's Pacific Coupe Chair<br>33 x 29 x 27 |
|---|---|



**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| HALO'S Mars Chair side view | CDI'S Pacific Coupe Chair side view |
|---|---|



**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| HALO'S Mars Chair rear view | CDI'S Pacific Coupe Chair rear view |
|---|---|
|  | |

**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| HALO's Blackhawk Coffee Table 51 x 32 x 18 | CDI's Aero Coffee Table 48 x 28 x 18 |
|---|---|
|  |  |

**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| HALO's Blackhawk Square Side Table 26 x 26 x 21 | CDI's Aero Side Table with Drawers 24 x 24 x 24 |
| --- | --- |



**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| HALO's Blackhawk Chest<br>47 x 40 x 20 | CDI's Aero Chest<br>47 x 40 x 20 |
|---|---|
|  |  |

**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| HALO's Stonyhurst Lamp Table, leather finish<br>23 x 23 x 23 | CDI's Vintage oil wax pull leather trunk 3 drawer<br>21 x 21 x 18 |
|---|---|
|  |  |

**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| HALO's Stonyhurst Lamp Table, metal finish<br>27 x 27 x 18 | CDI's Metal Trunk Cube 3 Drawer<br>21 x 21 x 18 |
|---|---|
|  |  |

**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| HALO's Ampleforth Chest, leather finish 39 x 31 x 19 | CDI's Vintage Oil Pull Leather 3 Drawer Trunk 41 x 40 x 21 |
|---|---|
|  |  |

**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| HALO's Ampleforth Chest, metal finish 40 x 40 x 20 | CDI's Metal Finish Trunk with 3 Drawers 41 x 40 x 21 |
|---|---|



**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| HALO's Odeon™ Chandelier Medium 31 Dia. | CDI's 1920s Odeon Glass Fringe 5-Ring Chandelier 31 Dia. |
|---|---|



**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| HALO's Odeon™ Chandelier Small<br>19 Dia. | CDI's 1920s Odeon Glass Fringe 3-Ring Chandelier Iron<br>19 Dia. |
|---|---|
|  | |

**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| HALO's Odeon™ Floor Lamp<br>63 Dia. x 63 | CDI's 1920s Odeon Glass Fringe Floor Lamp<br>63 Dia. x 63 |
|---|---|
|  | |

**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| HALO's Odeon Table Lamp<br>26 Dia. x 26 | CDI's 1920s Odeon Glass Fringe Table Lamp<br>14 Dia. x 26 |
|---|---|



**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| HALO's Zig Zag Chandelier 27 Dia. | CDI's Spencer Chandelier Medium 27 Dia. |
|---|---|



26

**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| HALO's Zig Zag Chandelier 19 Dia. | CDI's Spencer Chandelier Small 19 Dia. |
|---|---|



27

**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| HALO's Zig Zag Floor Lamp<br>19 Dia. x 66 | CDI's Spencer Floor Lamp<br>19 Dia. x 67 |
|---|---|



**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| HALO's Zig Zag Table Lamp<br>15 Dia. X 27 | CDI's Spencer Table Lamp<br>15 Dia. X 30 |
|---|---|
|  | |

**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| HALO's Gyro Crystal Chandelier | CDI's Large Orb Chandelier |
|---|---|



**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| HALO's Gyro Crystal Chandelier | CDI's Medium Orb Chandelier |
|---|---|



**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| HALO's Gyro Crystal Chandelier 21 Dia. | CDI's Small Orb Chandelier 21 Dia. |
|---|---|



**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

**HALO's Gyro Crystal Floor Lamp**
**24 Dia. x 69**

**CDI's Antigue Fish Floor Lamp with Curve Tubes**
**24 Dia. x 71**



**EXHIBIT E**
**COMPARISON CHART OF ACCUSED PRODUCTS**

| **HALO's Gyro Crystal Table Lamp**<br>**32 x 21 x 21** | **CDI's Antique Finish Table Lamp Curved Tubes**<br>**33 x 22 x 20** |
|---|---|

