IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HALO CREATIVE & DESIGN LIMITED, a Hong Kong company, HALO TRADEMARKS LIMITED, a Hong Kong company and HALO AMERICAS LIMITED, a Hong Kong company,<br><br>　　　*Plaintiffs,*<br><br>　　　v.<br><br>COMPTOIR DES INDES INC., a Quebec corporation, CDI INTERNATIONAL, CDI FURNITURE, and DAVID OUAKNINE,<br><br>　　　*Defendants.* | Civil Action No. 1:14-cv-08196<br><br>Judge Harry D. Leinenweber<br>Magistrate Judge Susan E. Cox<br><br><u>JURY DEMANDED</u> |

### FIFTH AGREED REVISED CASE MANAGEMENT SCHEDULE

1)　　In furtherance of the parties' (a) Report of their Rule 26(f) Planning Meeting filed on August 9, 2016 (Doc. No. 70), (b) the parties' Agreed Revised Case Management Schedule (Doc. 104), (c) the minute entry adopting same (Doc. 105), (d) the parties' Second Agreed Revised Case Management Schedule (Doc. 106), and (e) the minute entry adopting same (Doc. 110), (f) the parties' Third Agreed Revised Case Management Schedule (Doc. 113), and (g) the parties Fourth Agreed Revised Case Management Schedule (Doc. 116), counsel for Plaintiffs, HALO CREATIVE & DESIGN LIMITED, HALO TRADEMARKS LIMITED and HALO AMERICAS LIMITED (collectively, "Halo" or "Plaintiffs") and counsel for Defendants COMPTOIR DES INDES INC., CDI INTERNATIONAL and CDI FURNITURE

(collectively, "CDI" or "Defendants") have met and conferred regarding the schedule for expert discovery in this case, and herewith jointly revise same.

2. The parties hereby stipulate that the deadlines set forth in Appendix A, as attached hereto, shall govern the timing of expert discovery in this case, in accordance with the Local Patent Rules.

| | |
|---|---|
| Date: November 6, 2017 | GREENBERG TRAURIG, LLP |
| | /s/Richard D. Harris<br>Richard D. Harris<br>Barry R. Horwitz<br>GREENBERG TRAURIG, LLP<br>77 West Wacker Drive, Ste. 3100<br>Chicago, IL 60601<br>Telephone: (312) 456-8400<br>Facsimile: (312) 456-8435 |
| | Attorneys for Plaintiffs HALO CREATIVE & DESIGN LIMITED, HALO TRADEMARKS LIMITED and HALO AMERICAS LIMITED |
| Date: November 6, 2017 | FISHER BROYLES LLP |
| | /s/ Alastair J. Warr<br>Alastair J. Warr<br>alastair.warr@FisherBroyles.com<br>FisherBroyles LLP<br>203 N. LaSalle Street, Suite 21-0<br>Chicago, IL 60601<br>Mailing Address: P.O. Box 666, Zionsville, Indiana 46077<br>Tel: (317) 407-5260 |
| | *Attorney for Defendants,* COMPTOIR DES INDES INC., CDI INTERNATIONAL, CDI FURNITURE |

## APPENDIX A

## JOINT PROPOSED CASE SCHEDULE

Pursuant to the Local Patent Rules and FRCP 16(b), the parties propose the following schedule based on the current status of the case:

| Expert Discovery Schedule | Proposed Date |
| --- | --- |
| 1. Expert Reports – Party with burden of proof (LPR 5.1(b)) | November 6, 2017 |
| 2. Rebuttal expert reports (LPR 5.1) | December 4, 2017 |
| 3. Complete expert depositions (LPR 5.2) | December 22, 2017 |

## CERTIFICATE OF SERVICE

      I hereby certify that on the date set forth below, I electronically filed the foregoing THIRD **AGREED REVISED CASE MANAGEMENT SCHEDULE** with the Clerk of Court using the CM/ECF system, which will send notification of such filings to all counsel of record.

Dated:  November 6, 2017                 <u>/s/ Barry R. Horwitz</u>