IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HALO CREATIVE & DESIGN LIMITED, a Hong Kong company, HALO TRADEMARKS LIMITED, a Hong Kong company and HALO AMERICAS LIMITED, a Hong Kong company, <br><br> *Plaintiffs,* <br><br> v. <br><br> COMPTOIR DES INDES INC., a Quebec corporation, CDI INTERNATIONAL, CDI FURNITURE, <br><br> *Defendant.* | Civil Action No. 1:14-cv-08196 <br><br> Judge Harry D. Leinenweber <br><br> Magistrate Judge Susan E. Cox |

## Agreed Motion for Enlargement of Time to Serve Rebuttal Expert Report

COMPTOIR DES INDES INC., a Quebec corporation, d/b/a CDI INTERNATIONAL and/or CDI FURNITURE, by counsel, with the agreement of Plaintiffs' counsel, respectfully moves the Court for a 2-day enlargement of time to serve its expert's rebuttal report. In support of this Agreed Motion, the Parties state:

1. The parties agreed to a Fifth Revised Case Management Schedule that provides initial expert reports to be served on November 6, 2017 and rebuttal reports to be served by December 4, 2017. [Dkt. 151]

2. Defendant requires an additional two days to complete its rebuttal report, due in part to the intervening Thanksgiving holiday.

3. Plaintiff does not oppose the requested 2-day extension for Defendant to serve its rebuttal report.

WHEREFORE, CDI moves the Court to grant it an additional 2 days to serve its rebuttal report, to and including December 6 ,2017.

Dated: November 28, 2017

        Respectfully submitted,

        FISHERBROYLES LLP

        */s/ Alastair J. Warr*
        FisherBroyles LLP
        203 North LaSalle, Suite 2100
        Chicago, IL 60601
        Mailing Address: P.O. Box 666
        Zionsville, IN 46077
        Telephone: 317.407.5260
        Email: alastair.warr@fisherbroyles.com

        Bradley P. Nelson
        FisherBroyles LLP
        One North Franklin Street, Suite 3200
        Chicago, IL 60606
        Telephone: 312.300.4005
        Email: brad.nelson@fisherbroyles.com

        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing has been served upon the following by depositing a copy of the same in the United States mail, first class postage prepaid, on November 28, 2017.

Richard D. Harris
Barry R. Horwitz
Jacqueline Brousseau
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601

                _____
                Counsel for Defendants