# EXHIBIT 1

# Filed Under Seal

# EXHIBIT 2



HALO_0001229



HALO_00012298

HALO_0001229

# EXHIBIT 3

# Filed Under Seal

# EXHIBIT 4

# Filed Under Seal

# EXHIBIT 5

# Filed Under Seal

# EXHIBIT 6

# Filed Under Seal

# EXHIBIT 7

# Filed Under Seal

# EXHIBIT 8

# Filed Under Seal

# EXHIBIT 9



US00D667654S

(12) **United States Design Patent**
Lenney

(10) **Patent No.:** **US D667,654 S**
(45) **Date of Patent:** ✱✱ **Sep. 25, 2012**

(54) **CONSOLE**

(75) Inventor: **Joseph P. Lenney**, San Francisco, CA (US)

(73) Assignee: **Restoration Hardware, Inc.**, Corte Madera, CA (US)

(✱✱) Term: 14 Years

(21) Appl. No.: **29/399,805**

(22) Filed: **Aug. 18, 2011**

(51) **LOC (9) Cl.** ................................................. **06-04**

(52) **U.S. Cl.** ......................................................... **D6/446**

(58) **Field of Classification Search** .................. D6/432, D6/436–439, 440, 444, 445, 446, 447, 448; 312/108, 111, 114, 138.1, 204, 224, 237, 312/257.1, 278, 279
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D51,299 S | ✱ | 9/1917 | Dalley | D6/446 |
| D184,131 S | ✱ | 12/1958 | Lubberts et al. | D6/446 |
| D188,196 S | ✱ | 6/1960 | Lubberts et al. | D6/446 |
| D188,197 S | ✱ | 6/1960 | Swarts et al. | D6/446 |
| D190,179 S | ✱ | 4/1961 | Swarts et al. | D6/446 |
| 3,352,615 A | ✱ | 11/1967 | Sandin | 312/111 |
| D226,831 S | ✱ | 5/1973 | Allen | D6/446 |
| D293,177 S | ✱ | 12/1987 | Hamami | D6/446 |
| 4,793,667 A | ✱ | 12/1988 | Gilliom | 312/108 |
| D330,470 S | ✱ | 10/1992 | Bennett | D6/446 |
| D439,076 S | ✱ | 3/2001 | Mathieu et al. | D6/446 |
| D439,765 S | ✱ | 4/2001 | Mathieu et al. | D6/446 |
| D446,047 S | ✱ | 8/2001 | Stone et al. | D6/445 |

✱ cited by examiner

*Primary Examiner* — Mimosa De

(74) *Attorney, Agent, or Firm* — Duane Morris, LLP; Guy W. Chambers

(57) **CLAIM**

The ornamental design for a console, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of an embodiment of a console showing my new design;

FIG. **2** is a top view thereof;

FIG. **3** is a front elevational view thereof;

FIG. **4** is a left side elevational view (right side elevational view is a mirror image thereof); and,

FIG. **5** is a rear elevational view thereof.

**1 Claim, 2 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3

Case: 1:14-cv-08196 Document #: 193-1 Filed: 01/17/18 Page 15 of 80 PageID #:6107



*FIG. 4*



*FIG. 5*

> Winter Warm-Up Sale - Up to 70% off *thru Mon, 1/15! + FREE SHIPPING

Industrial Media
Console (Open
Shelves)

Search 🔍

Trade Services | Contact Us | About Us | Blog

877.224.6663
0

**LIVING** | **DINING** | **BEDROOM** | **OFFICE** | **OUTDOOR** | **YOUTH** | **LIGHTING** | **DECOR** | **MID-CENTURY**

TRENDS



# Industrial Media Console (Open Shelves)

**$1,368.50** each   $1,665.73 | **18% off**

**Free Shipping**

Please call for availability

Qty: 1     ADD TO CART

— OR —

Own for as low
as $44.16
/ month     **PAY OVER TIME**

Shipping Insurance
Price-Match Guarantee
Terms of Service Guarantee
Identity Theft Protection

# Industrial Media Console (Open Shelves)

Part of the Industrial Collection, the Industrial Media Console (Open Doors) offers chic style with a vintage industrial flair. Crafted from quality aluminum, this console features two single-shelf side cabinets perfect for stowing away media accessories, and open center shelving ideal for cable boxes, DVRs or DVD

# Why Inmod

Since 2003, Inmod delivers obtainable modern design you can cherish through a shopping experience you can trust. Superior customer care, by real people who value both design and friendly service as much as you, ensures the top-notch support you deserve.



Send us a Message 

players. The console features a matte black finish and intentional distressing for a weathered vintage appearance. Meanwhile, a mesh screen in front of the open shelves provides an added touch of artistry and allows for easy remote use. Variations in metal and distressing allow for a look that's truly distinctive, and truly unique.

## Features

+ Industrial-chic design adds unique character to your transitional or contemporary home

+ Quality-crafted from aluminum for strength and durability

+ Lightly distressed matte finish creates a worn, vintage look

+ Characterized by intentional nicks, dings, scratches, and other imperfections

+ Open center shelves are perfect for electronic components

+ Cage-like doors covering middle compartments allow for remote use

+ Two single-shelf outer cabinets provide ample storage space for media and accessories

+ From the Industrial Collection by CDI International

## Details

| | |
|---|---|
| Weight | 140 lbs |
| Width | 18" |
| Depth | 72" |
| Height | 28" |
| Warranty | One year manufacturer's warranty against defects |
| What's Included | (1) Industrial Media Console (Open Shelves) |
| Shipping Method | LTL / Freight (Truck) |
| Assembly | No Assembly Required |

# CDI FURNITURE

CDI Furniture serves as a Montreal-based business-to-business furniture supplier. Now in its 13th year, CDI specializes in furniture that blends beauty and design, producing cabinets, dining tables, side tables and other sleek, sophisticated furniture that makes a bold statement in any setting. In addition, CDI offers a broad assortment of styles and ever-evolving collections at a range of price points, ensuring consumers won't need to break the bank to pick up top-of-the-line furniture. And with CDI's selection of furniture that is styled to perfection, the Canadian furniture company makes it simple to find the right furniture at the right price consistently.

> Shop CDI Furniture

## PRODUCT REVIEWS: INDUSTRIAL MEDIA CONSOLE (OPEN SHELVES)

Write a Review

## STORE REVIEWS

**LaTonya S**

awesome items you will not find in every store-check out was very easy!

**Shelton B**

The check out process was very smooth, the chair ordered did allow for changing the color to high gloss white, the other resellers did not allow this option. Overall a great

**Jody J**

I always enjoy shopping Inmod!!

Send us a Message



## QUESTIONS & ANSWERS



## YOU MIGHT ALSO LIKE






| Industrial Night Table | Industrial Plasma Stand | Industrial Sideboard with Glass | Industrial Single Crank Table with Mango Top |
|---|---|---|---|
| **$494.50** ~~$601.90~~ | **$1,035** ~~$1,259.80~~ | **$939** ~~$1,105.82~~ | **$1,311** ~~$1,595.74~~ |

Home / Modern Living Room Furniture / Media Storage / **Industrial Media Console (Open Shelves)**

## WHERE YOU'VE SEEN US











About Us | My Account / Rewards | Store Policies | For Designers | Global Sourcing | Popular Searches | Blog

Enter Your Email Address, exclusive promos & inspiration          **JOIN**

1-877-224-6663 | Hours: Mon-Fri, 9am-6pm, ET | Terms of Use | Privacy Policy | Contact Us

**Copyright 2002-2017 by Inmod®. All Rights Reserved.**

Send us a Message






## MV1081

Industrial Media Console (Meche)

SPECIFICATIONS
Item dimension · L72"W18"H28
Pack · 1 box
Weight · 140 lbs
Assembly required · No

CONTAINER
Origin · India
CBM · 0.85
20 FT Container · 53
40 FT Container · 106
40 HC Container · 110

*CBM's are aproximate · Loads can vary +/- 10%*





## MV1082

Industrial Media Console

SPECIFICATIONS
Item dimension ·
L72"W18"H29
Pack · 1 box
Weight · 163 lbs
Assembly required · No

CONTAINER
Origin · India
CBM · 0.90
20 FT Container · 53
40 FT Container · 106
40 HC Container · 110

*CBM's are aproximate · Loads can vary +/- 10%*










Highly Confidential Subject to Protective Order

# EXHIBIT 10

COMPARISON CHART – RESTORATION HARDWARE AND CDI PRODUCTS



| CDI<br>Wilson Coupe Chair | Restoration Hardware<br>Devon Chair |
|---|---|
| HALO_00006300 | HALO_00012975 |

1



| CDI<br>Industrial Bibliotheque – Double Hutch | Restoration Hardware<br>1950s Dutch Shipyard Shelving |
|---|---|
| HALO_00006168 | HALO_00013037 |

2



| CDI<br>Industrial Bibliotheque – Single Hutch | | HALO_00006168 |
| --- | --- | --- |
| Restoration Hardware | | HALO_00012986 |



CDI
Nautical Table Lamp Brown

HALO_00006307

Restoration Hardware
Royal Marine Tripod Table Lamp

HALO_00013044

4



CDI
Nautical Table Lamp Black

HALO_00006308

Restoration Hardware
Royal Marine Tripod Table Lamp

HALO_00013048

5



| CDI | Restoration Hardware |
| Marine Tripod Floor Lamp Brown | Royal Marine Tripod Floor Lamp Brown |
| HALO_00006307 | HALO_00013067 |

6



CDI
Marine Tripod Floor Lamp Black

HALO_00006308

Restoration Hardware
Royal Marine Tripod Floor Lamp Brown

HALO_00012974

7





| CDI<br>Industrial Plasma Stand | | HALO_00006169 |
| Restoration Hardware<br>Industrial Tool Chest Media Console | | HALO_00013042 |



CDI
Industrial Plasma Stand

HALO_00006169

Restoration Hardware
Industrial Tool Chest Console

HALO_00013044

10



CDI
Industrial Side Table

HALO_00006170

Restoration Hardware
Industrial Tool Chest Side Table

HALO_00012968

11



| CDI Cart Coffee Table | HALO_00006161 |
| Restoration Hardware Factory Cart Coffee Table | HALO_00013063 |

12



CDI
Cart Coffee Table

HALO_00006161

Restoration Hardware
Factory Cart Coffee Table

HALO_00013063

13

| CDI<br>Industrial Scissor Life Table |  | HALO_00006174 |
|---|---|---|
| Restoration Hardware<br>Industrial Scissor Life Table |  | HALO_00013040 |

14



| CDI Copenhagen Chair | HALO_00006299 |
| Restoration Hardware | HALO_0013045 |

15

| CDI<br>Industrial Stool | Restoration Hardware<br>Vintage Toledo Bar Chairs |
|---|---|
|  |  |
| HALO_00006178 | HALO_00013039 |

16



CDI
Industrial Stool

HALO_00006178

Restoration Hardware
Vintage Toledo Bar Stool

HALO_00013039; HALO_00013056

17



| CDI<br>Industrial Coffee Table with Wheels | | HALO_00006158 |
| --- | --- | --- |
| Restoration Hardware<br>Dutch Industrial Coffee Table | | HALO_00012974; HALO_00013001 |

18

| CDI<br>Industrial Dining Table with Wheels |  | HALO_00006159 |
|---|---|---|
| Restoration Hardware<br>Flatiron Desk |  | HALO_0001297 |

19

| CDI<br>Sealight floor lamp | estoration Hardware<br>Royal Master Sealight Floor Lamp |
|---|---|
|  |  |
| HALO_00006310 | HALO_00013032 |

20



CDI
Dining Table

HALO_00006285

Restoration Hardware
Reclaimed Russian Oak Dining Table

HALO_00013047



| CDI<br>Architect's Desk | Restoration Hardware<br>1920s French Drafting Table |
|---|---|
| HALO_00006163 | HALO_00013052 |



| CDI Butler Recliner Chair | Restoration Hardware Churchill Reading Chair |
|---|---|
| HALO_00006298 | HALO_00013065 |



CDI
French Collection Dining Chair

HALO_00006233

Restoration Hardware
Vintage French Dining Chairs

HALO_00012929

24



| CDI<br>French Collection Dining Chair | HALO_00006235 |
| Restoration Hardware<br>Vintage French Dining Chairs | HALO_00012929 |

| CDI<br>French Collection Dining Chair | Restoration Hardware<br>Vintage French Dining Chairs |
|---|---|
|  |  |
| HALO_00006236 | HALO_00012929 |



CDI
French Collection Dome Chair

HALO_00006234

Restoration Hardware
Versailles Chair

HALO_00012966

27



CDI
French Collection Arm chair

HALO_00006234

Restoration Hardware
Lorraine Chair

HALO_00012967

28

| CDI<br>Wood coffee table |  | HALO_00006245 |
| Restoration Hardware<br>Lorraine Chair |  | HALO_00013046 |

29

# EXHIBIT 11

# Filed Under Seal

# EXHIBIT 12

# Filed Under Seal

# EXHIBIT 13

# Filed Under Seal

# EXHIBIT 14

# Filed Under Seal

# EXHIBIT 15

# Filed Under Seal

# EXHIBIT 16

# Filed Under Seal

# EXHIBIT 17

# Filed Under Seal

# EXHIBIT 18

# Filed Under Seal

# EXHIBIT 19

# Filed Under Seal

# EXHIBIT 20

# Filed Under Seal

# EXHIBIT 21

Case: 1:14-cv-08196 Document #: 193-1 Filed: 01/17/18 Page 61 of 80 PageID #:6153

This has a matching sofa too...



A British invasion wouldn't be complete without Foot Guards.



Or an aquarium with a yellow submarine...

HALO_00012310





There is a cafe within the store too. You can have a pastry and an espresso while you're shopping.

HALO_00012311

# EXHIBIT 22

Subscribe (http://shopacrosstexas.com/subscribe/)

Shop Across Texas (http://shopacrosstexas.com) > Best In Texas (http://shopacrosstexas.com/bestintexas/) > Best Outdoor Art (http://shopacrosstexas.com/best-in-texas/best-outdoor-art/) > Dallas – The Bowler Hat

# Dallas – The Bowler Hat



You can find interior designer Timothy Oulton's ode to his British heritage at the corner of I-30 and Griffin. The 20-foot-wide bowler hat was intended to adorn his Dallas storefront, unfortunately for Oulton, city code kept his grand vision from coming to fruition. Luckily for Dallas, Oulton donated Bowler Hat to the Cedars Neighborhood where residents and passersby have welcomed the outdoor art with open arms.

**3**
SHARES

 Share on Facebook (https://www.facebook.com/sharer.php?
u=http%3A%2F%2Fshopacrosstexas.com%2Fbest-in-texas%2Fbest-outdoor-
art%2Fthe-bowler-hat-dallas%2F)

HALO_00012315

# EXHIBIT 23



HALO_00014964



HALO_00014965



HALO_00014966



HALO_00014967



HALO_00014968



HALO_00014969





HALO_00014970

# EXHIBIT 24



HALO_00014973



HALO_00014974

| https://www.facebook.com/CDifurniture/photos/a.319524264817913.1073741825.108781402558868/319524268151246/?type=3&theater



# EXHIBIT 25


Case 2:15-cv-05642-CAS-JC Document 12 Filed: 01/17/18 Page 78 of 80 PageID #:6170



*Photo Creds – David Ouiknine*

## 8. David Ouaknine

**Handsome AND stylish.** At just over 25 years young, David is taking over CDI Furniture. A Montreal based home furnishing supplier. From Italy to Hong Kong, he's traveling all around the world to stay at the top of the trends, and to ensure that the company provides the most unparalleled and stylish

HALO_00012241

# EXHIBIT 26

# Filed Under Seal

# EXHIBIT 27

# Filed Under Seal