# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HALO CREATIVE & DESIGN LIMITED, a Hong Kong company, HALO TRADEMARKS LIMITED, a Hong Kong company and HALO AMERICAS LIMITED, a Hong Kong company, *Plaintiffs and Counter-Defendants* v. COMPTOIR DES INDES INC., a Quebec corporation, CDI INTERNATIONAL, and CDI FURNITURE, *Defendants and One Counter-Plaintiff.* | Civil Action No. 1:14-cv-08196  Judge Harry D. Leinenweber  Magistrate Judge Susan E. Cox |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that counsel for Plaintiffs Halo Creative & Design Limited, Halo Trademarks Limited and Halo Americas Limited (collectively, "Halo"), will appear before the Honorable Harry D. Leinenweber on Tuesday, February 22, 2018 at 9:30 a.m. in Courtroom 1941 located at 219 South Dearborn Street, Chicago, IL 60604, to present PLAINITTFS' MOTION FOR ENTRY OF PERMANENT INJUNCTION AND AWARD OF PREJUDGMENT INTERST, copies of which have been filed with this Court and served upon counsel of record.

                                                Respectfully Submitted,

Dated: February 2, 2018                /s/ Barry R. Horwitz

                                                Richard D. Harris
                                                Barry R. Horwitz
                                                GREENBERG TAURIG, LLP
                                                77 West Wacker Drive
                                                Suite 3100
                                                Chicago, Illinois 60601
                                                (312) 456-8400
                                                (312) 456-8435 (Fax)

                                                *Attorneys for Halo Creative & Design*
                                                *Limited, Halo Trademarks Limited and Halo*
                                                *America's Limited*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that all counsel of record who are deemed have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on February 2, 2018.

/s/ Barry R. Horwitz
Barry R. Horwitz