IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HALO CREATIVE & DESIGN LIMITED, a Hong Kong company, HALO TRADEMARKS LIMITED, a Hong Kong company and HALO AMERICAS LIMITED, a Hong Kong company,<br><br>    *Plaintiffs*,<br><br>v.<br><br>COMPTOIR DES INDES INC., a Quebec corporation, CDI INTERNATIONAL, CDI FURNITURE,<br><br>    *Defendants.* | Civil Action No. 1:14-cv-08196<br><br>Judge Harry D. Leinenweber<br><br>Magistrate Judge Susan E. Cox |

## COMPTOIR DES INDES, INC.'S PRELIMINARY RESOPNSE TO PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION

Halo Creative & Design Limited, Halo Trademarks Limited, and Halo Americas Limited (collectively "Halo") filed a Motion for Entry of Permanent Injunction and Award of Prejudgment Interest (Dkt. 212) on Friday, February 2, 2018.

Comptoir des Indes Inc. ("CDI") opposes entry of the injunction as requested and requests the Court grant it leave to file a substantive response to the Motion within 10 days. CDI has not had an adequate opportunity to review the Motion in detail, but the proposed injunction seems vague and overbroad. Due to the press of other matters, CDI's counsel cannot appear at the presentment noticed by Halo.

WHEREFORE, CDI requests the Court defer entry of the permanent injunction until CDI files a response to the same and grant all other just and proper relief.

Dated: February 5, 2018

Respectfully submitted,

FISHERBROYLES LLP

*/s/ Alastair J. Warr*
FisherBroyles LLP
203 North LaSalle, Suite 2100
Chicago, IL 60601
Mailing Address: P.O. Box 666
Zionsville, IN 46077
Telephone: 317.407.5260
Email: alastair.warr@fisherbroyles.com

Bradley P. Nelson
FisherBroyles LLP
One North Franklin Street, Suite 3200
Chicago, IL 60606
Telephone: 312.300.4005
Email: brad.nelson@fisherbroyles.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing has been served upon the following by depositing a copy of the same in the United States mail, first class postage prepaid, on February 5, 2018.

Richard D. Harris
Barry R. Horwitz
Jacqueline V. Brousseau
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601

                                                                                                         _____
                                                                                                         Counsel for Defendants