IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HALO CREATIVE & DESIGN LIMITED, a Hong Kong company, HALO TRADEMARKS LIMITED, a Hong Kong company and HALO AMERICAS LIMITED, a Hong Kong company, )<br><br>*Plaintiffs and Counter-Defendants*<br><br>v.<br><br>COMPTOIR DES INDES INC., a Quebec corporation, CDI INTERNATIONAL, CDI FURNITURE,<br><br>*Defendants.* | Civil Action No. 1:14-cv-08196<br><br>Judge Harry D. Leinenweber<br><br>Magistrate Judge Susan E. Cox |

## MODIFIED PERMANENT INJUNCTION

Following the jury's verdict, finding that Defendants willfully infringed each of Plaintiffs' design patents, Plaintiffs' ODEON trademark, and Plaintiffs' copyright rights in all eight (8) of the asserted copyrighted designs, the Court has determined that a permanent injunction against any further infringement is necessary and appropriate. As determined by the jury's verdict, Defendants' infringing goods include the following products, and are listed together with Defendants' associated product codes:[1, 2]

---

[1] Defendants have sold certain of the infringing products under various product names throughout the course of Defendants' sales history, and throughout this litigation. At trial, Defendants testified that, regardless of any potential changes in the name of a product sold by Defendants or their various distributors, Defendants use a single six-character alphanumeric (SKU) product code for each individual product. Accordingly, the Court will rely on: (a) those six-character product codes as the unique identifiers that will govern the terms and enforcement of this permanent injunction; (b) Defendants' various trademarks for the goods; and (c) the photographs of the goods shown in Schedule A. Any attempt by Defendants to change any of the product codes associated with any infringing products may be viewed as contempt of court, relative to this Order and Permanent Injunction.

| HALO PRODUCT NAME | CDI PRODUCT NAME | CDI SKU Number |
|---|---|---|
| Aviator Valkyrie Desk | Aero Desk | BR1044 |
| Mars Chair | Pacific Coupe Chair | FA1088 |
| Aviator Tomcat Chair | Aero Chair | CH1174 |
| | Vintage Leather Chair | FA1100 |
| Scruffy 3 Seater | Eaton 3 Seater | SO1168 |
| Scruffy 1 Seater | Eaton 1 Seater | SO1168 |
| Georgian Architectural Dining Table | Reclaimed Dining Table | TD1213 TD1214 |
| Georgian Architectural Mirror | Reclaimed Large Handcrafted Mirror | MI1103 (small) MI1104 (large) |
| Zig Zag Chandeliers | Spencer Chandelier Broadway Chandelier Orbs Chandelier | LA1284 |
| Zig Zag Floor Lamp | Spencer Floor Lamp Broadway Floor Lamp Orbs Floor Lamp | LA1286 |
| Zig Zag Table Lamp | Spencer Table Lamp Broadway Table Lamp Orbs Table Lampe | LA1285 |
| Odeon Chandeliers | 1920s Odeon Glass Fringe Chandelier Victoria Chandelier | LA1280 |
| Odeon Floor Lamp | 1920s Odeon Glass Fringe Floor Lamp Odeon Floor Lamp Victoria Floor Lamp | LA1283 |
| Odeon Table Lamp | 1920s Odeon Glass Fringe Table Lamp Odeon Table Lamp Victoria Table Lamp | LA1282 |
| Odeon Rectangular Chandelier | Victoria Rectangular Chandelier | LA1281 |
| Crystal Chandelier | Rustic/Chrome Crystal Chandeliers | LA1269 |
| Crystal Floor Lamp | Rustic/Chrome Crystal Floor Lamp | LA1259 |
| Crystal Table Lamp | Rustic/Chrome Crystal Table Lamp | LA1264 |
| Gyro Crystal Table Lamp | Antique Finish Table Lamp with Curved Tubes | LA1263 |
| Gyro Crystal Floor Lamp | Antique Finish Floor Lamp with Curved Tubes | LA1258 LA1259 |
| Gyro Crystal Chandelier | Orb Chandelier | LA1268 |
| Gyro Crystal | Galaxy Chandelier Galaxy Table Lamp Galaxy Floor Lamp | LA1294 LA1295 LA1296 |

---

[2] To avoid confusion and to enable any U.S. customs agents to readily comply with this Permanent Injunction, the following table will be reproduced in Schedule A to include photographs of Defendants' infringing goods.

The above-listed Halo products are hereinafter referred to collectively as the "Infringed Designs." The above-listed CDI products, together with their associated product codes, are hereinafter referred to collectively as "the Infringing Products."

In view of the foregoing, it is **ORDERED AND ADJUDGED** as follows:

1. Each of Defendants, as well as their owners and/or affiliated companies, their principals, officers, directors, agents, servants, and employees ("the CDI Entities"), as well as any and all successors and/or assigns of any of the Defendants and/or the CDI Entities, and any and all entities acting in privity, concert or participation with any of the Defendants and/or the CDI Entities, shall be and are hereby permanently enjoined from:

    a. Imitating, copying, duplicating, reproducing, manufacturing, having manufactured, selling, offering to sell, advertising, marketing and/or promoting, within the United States, any of Defendants' Infringing Products;

    b. Imitating, copying, duplicating, reproducing, manufacturing, having manufactured, selling, offering to sell, advertising, marketing and/or promoting, within the United States, any product which is copied or materially derived from any one or more of the Infringed Designs;

    c. Importing, shipping and/or otherwise introducing into the United States, or exporting from the United States, any of Defendants' Infringing Products, as well as any product which is copied or materially derived from any one or more of the Infringed Designs.

2. Within 90 days from the date of entry of this Order, Defendants shall destroy, in the presence of a representative of Plaintiffs, any and all Infringing Products within, or headed for, the United States that are in Defendants' possession, custody or control,

   together with any and all like products which are copied or materially derived from any one or more of the Infringed Designs.

3. To the extent that any agents of the United States government responsible for managing or overseeing the importation of any products (*e.g.*, U.S. customs agents) encounter any of the Infringing Products identified above at any port of entry, customs agency, security checkpoint, and the like, such agent may, to the extent consistent with the agent's statutory authority, seize any and all such Infringing Products, to prevent those products from further violating any of the terms of this Permanent Injunction.

4. The rights and benefits conferred under this Permanent Injunction shall inure to the Halo Plaintiffs, as well as to their respective representatives, successors and assigns.

5. The obligations conferred by this Permanent Injunction shall inure to Defendants and the CDI Entities, and shall be binding upon Defendants and the CDI Entities, as well as their respective representatives, successors and assigns.

6. Defendants and the CDI Entities are hereby advised that any violation of this Permanent Injunction may be viewed as a contempt of court.

So entered:

Date: 9/11/2018

_____
United States District Judge

Schedule A

| CDI PRODUCT NAME | PHOTO OF CDI PRODUCT | CDI SKU Number |
|---|---|---|
| Aero Desk | | BR1044 |
| Pacific Coupe Chair | | FA1088 |
| Aero Chair<br>Vintage Leather Chair | | CH1174<br><br>FA1100 |

| Eaton 3 Seater | | SO1168 |
|---|---|---|
| Eaton 1 Seater | | SO1168 |
| Reclaimed Dining Table | | TD1213<br>TD1214 |
| Reclaimed Large Handcrafted Mirror | | MI1103 (small)<br>MI1104 (large) |

6

| | | |
|---|---|---|
| Spencer Chandelier<br>Broadway Chandelier<br>Orbs Chandelier | | LA1284 |
| Spencer Floor Lamp<br>Broadway Floor Lamp<br>Orbs Floor Lamp | | LA1286 |
| Spencer Table Lamp<br>Broadway Table Lamp<br>Orbs Table Lampe | | LA1285 |

7

| | | |
|---|---|---|
| 1920s Odeon Glass Fringe Chandelier<br>Victoria Chandelier | | LA1280 |
| 1920s Odeon Glass Fringe Floor Lamp<br>Odeon Floor Lamp<br>Victoria Floor Lamp | | LA1283 |

| | | |
|---|---|---|
| 1920s Odeon Glass Fringe Table Lamp<br>Odeon Table Lamp<br>Victoria Table Lamp | | LA1282 |
| Victoria Rectangular Chandelier | | LA1281 |
| Rustic/Chrome Crystal Chandeliers | | LA1269 |

9

| | | |
|---|---|---|
| Rustic/Chrome Crystal Table Lamp | | LA1264 |
| Rustic/Chrome Crystal Floor Lamp | | LA1259 |

| | | |
|---|---|---|
| Antique Finish Table Lamp with Curved Tubes | | LA1263 |
| Orb Chandelier | | LA1268 |

| | | |
|---|---|---|
| Antique Finish Floor Lamp with Curved Tubes | | LA1258<br>LA1259 |
| Galaxy Chandelier<br><br>Also available in Table Lamp and Floor Lamp versions with the same "atomic" cage | | LA1294<br>LA1295<br>LA1296 |

12