IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HALO CREATIVE & DESIGN LIMITED, a Hong Kong company, HALO TRADEMARKS LIMITED, a Hong Kong company and HALO AMERICAS LIMITED, a Hong Kong company,<br><br>*Plaintiffs,*<br><br>v.<br><br>COMPTOIR DES INDES INC., a Quebec corporation, CDI INTERNATIONAL, CDI FURNITURE, and DAVID OUAKNINE<br><br>*Defendants.* | FILED<br>JAN 29 2019<br>THOMAS G. BRUTON<br>CLERK, U.S. DISTRICT COURT<br><br>Civil Action No. 1:14-cv-08196<br><br>Judge Harry D. Leinenweber<br>Magistrate Judge Susan E. Cox |

## CITATION NOTICE TO JUDGMENT DEBTORS
## PURSUANT TO FED. R. CIV. P. 69

**Names and Addresses of Judgment Debtors:**

Comptoir Des Indes Inc.
5950 Cote de
Liesse
Mont Royal, QC
H4T 1E2
CANADA

**Name and Address of Attorney For Judgment Creditor:**

Richard D. Harris, Esq.
Cameron M. Nelson, Esq.
Barry R. Horwitz, Esq.
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100

1

*CHI 69855921v1*

Chicago, Illinois 60601
Telephone: 312-456-8400
Facsimile: 312-456-8435
Harrisr@gtlaw.com
nelsonc@gtlaw.com
horwitzb@gtlaw.com

**Amount of Judgment:** $4,636.069.32.

**Name of Party Receiving Citation:** CIBC Bank USA

**Citation examination date and time:** February 6, 2019 at 9:00 a.m.

**Documents Due:** February 1, 2019 *Cowstrcon 1941 219 S. Dearborn St. Chicago, IL 60610*

NOTICE: The court has issued a citation against the person named above. The citation directs that person to appear in court to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above. On or after the court date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR, WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

    (1) Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; worker's compensation benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books, or tools of the trade of the debtor.

    (2) Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000, which homestead is exempt from judgment.

    (3) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage or, under a wage deduction summons served on or after January 1, 2006, the Illinois minimum hourly wage, whichever is greater.

    (4) Under federal law, the amount of wages that may be applied toward a

2

judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.
     (5) Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

The judgment debtor might have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at the Office of the Clerk of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604. When so notified, the Clerk of the Court will obtain a prompt hearing date and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing. This Notice may be sent by regular first-class mail.

## CERTIFICATION BY ATTORNEY FOR JUDGMENT CREDITOR

A judgment in favor of HALO CREATIVE & DESIGN LIMITED, TRADEMARKS LIMITED, and HAL AMERICAS LIMITED against COMPTOIR DES INDES, INC., in the amount of $3,559,284, was entered on January 29, 2018 and in the amount of $1,076,785.32 on October 27, 2018, both judgments entered in the United States District Court for the Northern District of Illinois (Eastern Division). The entire amount of these judgments are due and unpaid.

I, the undersigned, certify to the Court under penalties as provided by law pursuant to 735 ILCS 5/1-109 that the information herein is true, and that I have caused or will cause this Notice to be served on Judgment Debtor via first class mail.


/s/ Barry R. Horwitz
_____
*Attorney for the judgment creditors*

Richard D. Harris, Esq.
Cameron M. Nelson, Esq.
Barry R. Horwitz, Esq.
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: 312-456-8400
Facsimile: 312-456-8435
Harrisr@gtlaw.com
nelsonc@gtlaw.com
horwitzb@gtlaw.com

3