IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HALO CREATIVE & DESIGN LIMITED, a Hong Kong company, HALO TRADEMARKS LIMITED, a Hong Kong company and HALO AMERICAS LIMITED, a Hong Kong company,<br><br>*Plaintiffs,*<br>v.<br>COMPTOIR DES INDES INC., a Quebec corporation, CDI INTERNATIONAL, CDI FURNITURE, DAVID OUAKNINE, DANIEL OUAKNINE, CONCEPT DESIGN INNOVATION FURNITURE, INC. (*dba* Meubles de Concept Design et Innovation inc.), and CONTAINER DIRECT INTERNATIONAL FURNITURE INC. (*dba* Meubles Conteneur Direct International inc.)<br><br>*Defendants*. | Civil Action No. 1:14-cv-08196<br><br>Judge Harry D. Leinenweber<br>Magistrate Judge Susan E. Cox |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that counsel for Plaintiffs Halo Creative & Design Limited, Halo Trademarks Limited and Halo Americas Limited (collectively, "Halo"), will appear before the Honorable Harry D. Leinenweber on Tuesday February 26 at 9:30 a.m in Courtroom 1941 located at 219 South Dearborn Street, Chicago, IL 60604, to present PLAINITTFS' MOTION TO COMPEL DISCOVERY & COMPLIANCE WITH THE TRO, copies of which have been filed with this Court and served upon counsel of record.

Respectfully submitted,

HALO CREATIVE & DESIGN LIMITED,
HALO TRADEMARKS LIMITED and
HALO AMERICAS LIMITED

Dated: February 13, 2019     By:    /s/Barry R. Horwitz
Richard D. Harris
Cameron M. Nelson
Barry R. Horwitz
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: 312-456-8400
Facsimile: 312-456-8435

Counsel for Plaintiffs HALO CREATIVE & DESIGN LIMITED, HALO TRADEMARKS LIMITED and HALO AMERICAS LIMITED

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I electronically filed the foregoing PLAINTIFFS' NOTICE OF MOTION TO COMPEL DISCOVERY & COMPLIANCE WITH THE TRO with the Clerk of Court using the CM/ECF system, which will send notification of such filings to all counsel of record.

Dated: February 13, 2019               /s/ Barry R. Horwitz