**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Halo Creative & Design Limited, et al.

                                      Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Case No.: 1:14−cv−08196
　　　　　　　　　　　　　　　　　　　　　　Honorable Harry D. Leinenweber

Comptoir Des Indes Inc., et al.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 11, 2020:

      MINUTE entry before the Honorable Susan E. Cox: The Joint Status Report deadline previously set by this Court is hereby stricken. Telephonic status hearing set for 10/5/20 at 10:00 a.m. Call in information is 888−684−8852 and the passcode is 1664086. Counsel shall dial in to the conference call number 5−10 minutes before the hearing begins and mute their microphones until their case is called. The parties may disconnect from the conference call after their case is heard. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.